# Exhibit A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JEFF MCGRUE, President of Gateway International Inc., 620 S. Ainsworth Ave., Tacoma, WA 98405; and YUSUF 'ABDUR-RAHMAN, Real Party in Interest, 24-30 Beach Channel Dr., Far Rockaway, NY 11691, <br><br> Plaintiffs. <br><br> -v- <br><br> JACOB J. LEW, United States Treasurer, 1500 Pennsylvania Ave., NW, Washington, DC 20220; and MARY JO WHITE, Securities & Exchange Commission Chairwoman, 100 F Street, NE, Washington, DC 20549, <br><br> Defendants. | CIVIL ACTION NO. <br><br> **FILED** <br> CIVIL ACTIONS BRANCH <br> MAR 04 2016 <br> Superior Court of the District of Columbia Washington, D.C. <br><br> 16 - 0 0 2 6 6 7 |

**COMPLAINT**

Jurisdiction of the Court is found on D.C. Code § 11-921 (2001).

Wherefore, Plaintiffs demand judgment against Defendants in the amount of $100,000,000 with interest and costs. District of Columbia ss:

Jeff McGrue and Yusuf 'AbduR-Rahman ("Plaintiffs"); McGrue being duly sworn on oath deposes and says that the foregoing us a just and true statement of the amount owing by Defendants to the Plaintiffs, exclusive of all set-offs grounds of defense.

1

## Claims for Civil Action

The Defendants and their constiuents, Assistant U.S. Attorneys for Central District of California, willfully discriminate against Plaintiff McGrue and deprive him of his constitutional rights as follows:

McGrue is President of "Gateway International, Inc.", a multiple tasks agency that prioritizes in real estate, inter alia. Plaintiff McGrue was previously arrested and convicted by the United States Government, only because he did what the Defendants required of him to do, tendering future money transfers equal to $10,000.00 or more to his Gateway homeowner clients' lenders. *See* 31 U.S.C.S. § 3312 (a)(3). *United States v. Seljan*, 547 F.3d 993 (9th Cir. 2008).

## Wrongful Imprisonment

McGrue legally drafted his BPNs as future tenders of payment to his Gateway homeowner clients' lenders. McGrue drafted Gateway International's Bonded Promissory Notes ("BPN"), perfectly legal documents that are found on the internet known as business documents, in order to assure his homeowner clients' lenders, (who were faced with foreclosure), who ENROLLED into Gateway's foreclosure solution program ("FSP"), that he represented each Gateway homeowner client and would tender future payments to each lender to settle and resolve his homeowner clients' financial debts.

<u>Bonded Promissory Notes are legal standard documents</u>

The Defendants are the overseers of United States currency and knew through prior experience that "Promissory Notes" and "Bonded Promissory Notes" are standard, legal documents, that are never issued via the U.S. Government. *See "Business & Legal Documents Templates Software-Biztree.com".*

The Defendants' subordinated officials erroneously testified at Plaintiff McGrue's trial that his BPNs were fictitious U.S. Obligations, and both Defendants stood aloof while acknowledging that their subordinated officials had misrepresented on their behalf in a U.S. District Court, and not acknowledging that Plaintiff McGrue's BPNs are legal documents accessible from domestic internet services. *See id.*

<u>Discrimination and deprivation of the right to process business transactions</u>

Plaintiff McGrue was not indicted for misrepresenting to his homeowner clients, but rather the Defendants permitted their subordinate officials to advocate on their behalf, misrepresenting in the U.S. District Court that these standard, legal, documents of Plaintiff McGrue, were in fact "fictitious U.S. Obligations", knowing that "Promissory Notes" and Bonded Promissory Notes" are standard documents that have never been issued by or under the authority of U.S. Government, but controlled by the Uniform Commercial Codes.

WHEREFORE, Defendant Jacob J. Lew, at all times relevant, was acting under the color federal and failed to protect Plaintiff McGrue, a citizen of the United States of America, from discrimination during his business transactions, in which lead to his incarceration, that could have been prevented if Defendant Lew would have intervened and foiled its subordinated officials from misrepresenting that Plaintiff McGrue's "Bonded Promissory Notes" were fictitious U.S. Obligations, acknowledging that "Bonded Promissory Notes" are standard documents that are not issued by or under the authority of the U.S. Government; and therefore, Defendant Jacob J. Lew, U.S. Treasurer, is sued in his own official capacity for an access amount of $100,000,000, for punitive and general damages for discrimination against Plaintiff McGrue, inter alia.

Defendant Mary Jo White, Chairwoman of the U.S. Securities and Exchange Commission, at all times relevant, was acting under the color federal and failed to protect Plaintiff McGrue, a citizen of the United States of America, from discrimination during his business transactions, in which lead to his incarceration, that could have been prevented if Defendant White would have intervened and foiled its subordinated officials from misrepresenting that Plaintiff McGrue's "Bonded Promissory Notes" were fictitious U.S. Obligations, acknowledging that "Bonded Promissory Notes" are standard documents that are not issued by or under the authority of the U.S. Government; and therefore, Defendant Mary Jo White, Chairwoman of the U.S. Securities and Exchange Commission, is sued in her own

official capacity, for an access amount of $100, 000, 000, for punitive and general damages for discrimination against Plaintiff McGrue, inter alia.

Executed on this 24th day of February, 2016.

_____    _____
Jeff McGrue                        Jeff McGrue
Plaintiff                          Plaintiff

Yusuf AbduR-Rahman                 Yusuf AbduR-Rahman
Plaintiff                          Plaintiff

Phone: (917) 640-0853


Subscribed and sworn before me this 24th day of February, 2016.

_____
Notary Public of New York

HERMAN JOHNSON JR
Notary Public - State of New York
NO. 01J04694001
Qualified In New York County
My Commission Expires Sep 30, 2017

5

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| JEFF MCGRUE, President of "Gateway International Inc.," and YUSUF 'ABDUR-RAHMAN, Real Party in Interest,<br>      Plaintiffs<br>-v-<br>JACOB J. LEW, United States Treasurer; and MARY JO WHITE, Securities & Exchange Commission Chairwoman,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### PROOF OF SERVICE

 I, YUSUF 'ABDUR-RAHMAN, Plaintiff, certify that on December 28, 2015, that I did serve both Defendants, Jacob J. Lew, U.S. Treasurer; and Mary Jo White, Chairwoman of Securities and Exchange Commission, with a true and correct copy of the enclosed Summons and Compliant, via hand delivering the same to the U.S. Postal Services employees, at the Jerome Center, for processing these same documents to mailed by CERTIFIED MAIL addressed to:

Mr. Jacob J. Lew
U.S. Treasurer
1500 Pennsylvania Ave. NW
Washington, DC 20220

Ms. Mary Jo White
Securities & Exchange
100 First Street, NE
Washington, DC 20549

Executed on December 28, 2015.

                        */s/ Jeff McGrue*
                        Jeff McGrue-Plaintiff

Form CA 1-A: Notice and Acknowledge for Service by Mail



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

YUSUF ABDUR- RAHMAN ET AL.
_____
*Plaintiff(s)*

v.                                                                 Case No: 2016 CA 002667 B

JACOB J. LEW, OFFICIAL CAPACITY
_____
*Defendant(s)*

## NOTICE

To (insert name and address of the party to be served):
JACOB J. LEW , OFFICIAL CAPACITY
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20220

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 04/12/2016

_____                    4/12/2016
*Signature*                                                         *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____                     _____     _____
*Signature*                                     *Relationship to Defendant/Authority*        *Date of Signature*
                                                *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828      如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828           {Amharic} (202) 879-4828           번역을 원하시면, (202) 879-4828 로 전화주십시요



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

JEFF MCGRUE et al
Vs.                                              C.A. No.      2016 CA 002667 B
JACOB J. LEW et al

## INITIAL ORDER AND ADDENDUM

   Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

   (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

   (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

   (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

   (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

   (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

   (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                              Chief Judge Lee F. Satterfield

Case Assigned to: Judge THOMAS J MOTLEY
Date: April 12, 2016
Initial Conference: 9:30 am, Friday, June 10, 2016
Location: Courtroom 212
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001                              Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Yusuf Abdul-Rahman
24-30 Beach Channel Dr.
Far Rockaway, NY 11691

Plaintiff

vs.

Jacob J. Lew, U.S. Treasurer
1500 Penn. Ave, NW
Washington, DC 20220

Defendant

Case Number 16 - 002667

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Pro Se — Yusuf Abdul-Rahman
**Name of Plaintiff's Attorney**

24-30 Beach Channel Dr.
**Address**
Far Rockaway, NY 11691

917-640-0853
**Telephone**

Clerk of the Court

By _____
**Deputy Clerk**

Date 11-_-2016

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요.    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                      CASUM.doc

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL

500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

______________________________ Demandante

contra

Número de Caso: ______________

______________________________ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

______________________________ *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

______________________________ Por: ______________________________

Dirección — Subsecretario

______________________________

______________________________ Fecha ______________________________

Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, <u>*NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*</u>.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original